# Court of Appeals
# of the State of Georgia

ATLANTA, November 12, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0171.  DANIEL COBBLE v. CLAY TATUM, WARDEN.

Daniel Cobble, an inmate, filed a civil action against Warden Clay Tatum.  The trial court dismissed the action pursuant to OCGA § 42-12-7.2, based on Cobble's failure to pay the filing fee.  The court also denied Cobble's "extraordinary motion for new trial."  Cobble then appealed directly to this Court.

Cobble is not entitled to a direct appeal in this case.  Because he was incarcerated when he initiated this action, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 *et seq*. Under OCGA § 42-12-8, "[a]ppeals of all actions filed by prisoners shall be as provided in Code Section 5-6-35[, the discretionary appeals statute.]"  Cobble's failure to file an application for discretionary appeal deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997).  Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/12/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*